

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00171-CV

Leticia **RODRIGUEZ**
Appellant

v.

Lydia **RODRIGUEZ** and Robert Pereida
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: November 17, 2021

DISMISSED FOR WANT OF PROSECUTION

On September 20, 2021, appellee/cross-appellant Robert Pereida's counsel, Sergio R. Davila and Olga G. Brown, filed a motion to withdraw as counsel for appellee/cross-appellant Robert Pereida. On October 11, 2021, we granted the motion to withdraw and ordered appellee/cross-appellant Robert Pereida's counsel to notify him, in writing, of any deadlines. *See* TEX. R. APP. P. 6.5(c). We also ordered appellee/cross-appellant Robert Pereida to file his brief and stated that failure to file his brief or a motion for extension of time within 10 days of the order would result in dismissal of his cross-appeal for want of prosecution. *See id.* R. 38.8(a), 42.3(c).

Appellee/cross-appellant Robert Pereida did not file a motion for extension of time or his brief. Accordingly, Robert Pereida's cross-appeal is dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(a). Appellant/cross-appellee Leticia Rodriguez's appeal against appellee/cross-appellant Lydia Rodriguez and appellee Robert Pereida, and appellee/cross-appellant Lydia Rodriguez's cross-appeal against appellant/cross-appellee Leticia Rodriguez are retained on this court's docket.

PER CURIAM